■ In the Matter of KNUT EIRICH, Respondent, v DIANE COSTELLO, Appellant. [766 NYS2d 112] —In a proceeding to obtain equitable distribution of marital assets following a foreign judgment of divorce, Diane Costello appeals from a judgment of the Supreme Court, Suffolk County (McNulty, J.), entered October 18, 2002, which, after a nonjury trial, inter alia, equitably distributed the marital assets.

equitable distribution of marital assets following a foreign judgment of divorce, Diane Costello appeals, as limited by her brief, from so much of an order of the Supreme Court, Suffolk County (McNulty, J.), dated December 3, 2002, as denied that branch of her motion which was to vacate a judgment of the same court entered October 18, 2002, which, after a nonjury trial, inter alia, equitably distributed the marital assets.

Ordered that the order is affirmed insofar as appealed from, with costs.

There is no merit to the appellant's contentions that the Supreme Court should have vacated the judgment rendered after trial based on the alleged ineffective assistance of counsel and the court's failure to, sua sponte, appoint a guardian ad litem at the commencement of the proceeding and failure to appoint a more experienced guardian ad litem at trial (*see Matter of Eirich v Costello*, 309 AD2d 934 [2003] [decided herewith]).

The appellant's remaining contention is without merit. Altman, J.P., Goldstein, Adams and Mastro, JJ., concur.